FILED

JUN 2 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA    '08 MJ 8572

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO.: |
| | ) | |
| Plaintiff, | ) | Title 8, U.S.C. § 1326 |
| | ) | Deported Alien Found in |
| v. | ) | the United States |
| | ) | |
| Camerino RAMIREZ-Rodriguez | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being duly sworn states:

On or about June 24, 2008, within the Southern District of California, defendant Camerino RAMIREZ-Rodriguez, an alien, who previously had been excluded, deported and removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

MARCO A. MIRANDA
SENIOR BORDER PATROL AGENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF JUNE 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
        v.
Camerino RAMIREZ-Rodriguez

### STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending U. S. Border Patrol Agent, J. Vega- Torres, that Camerino RAMIREZ-Rodriguez was found and arrested on June 24, 2008, west of Calexico, CA.

On June 24, 2008, at approximately 3:25 p.m., while Agent Vega-Torres was conducting a vehicle stop he encountered a subject, who was later identified as Camarino RAMIREZ-Rodriguez. Agent Vega-Torres determined RAMIREZ to be a citizen and national of Mexico illegally present in the United States. RAMIREZ was placed under arrest.

Record checks revealed RAMIREZ was deported to Mexico from the United States on January 1, 2007. Record checks also revealed RAMIREZ has a criminal record.

RAMIREZ was read his rights as per Miranda by Agent Franklin. RAMIREZ stated he was a citizen of Mexico. RAMIREZ stated he last entered the United States on June 24, 2008. RAMIREZ admitted previously removed from the United States.

There is no evidence RAMIREZ has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.